**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lamont A Thompson, | No. CV-19-02841-PHX-SRB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Corizon Health Care Incorporated, et al., | |
| Defendants. | |

On May 13, 2019, Plaintiff Lamont A. Thompson, who is confined in the Arizona State Prison Complex-Lewis, filed a pro se civil rights First Amended Complaint pursuant to 42 U.S.C. § 1983 (Doc. 11). The Court ordered Defendants Corizon and Ryan to answer the First Amended Complaint (Doc. 14 at 11).

Pending before the Court is Plaintiff's "Motion to Strike Defendant Corizons [sic] Motion for Extension of Time" (Doc. 18). The Court granted Defendant Corizon's "Special Appearance in Order to Move for Extension of Deadline to Respond to Plaintiff's Motion for Immediate T.R.O." (Doc.16) by Order filed June 3, 2019 (Doc. 17).

IT IS ORDERED denying Plaintiff's Motion to Strike (Doc. 18) as moot.

Dated this 13th day of June, 2019.

Honorable Eileen S. Willett
United States Magistrate Judge